AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN 1 2 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Stephen Spencer Pittman<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:26-mj-506-ASH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 10, 2026_____ in the county of _____Hinds_____ in the _____Southern_____ District of _____Mississippi_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson of property used in interstate commerce or used in an activity affecting interstate commerce. |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Amiano, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/12/2026__

_____
*Judge's signature*

City and state: _____Jackson, MS_____

U.S. Magistrate Judge Andrew S. Harris
*Printed name and title*